**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 437 EAL 2019

           Respondent                 :

                                 :   Petition for Allowance of Appeal

                                 :   from the Order of the Superior Court

           v.                         :

                                 :

DONALD SMITH,                    :

                                 :

           Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 28th day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.